George v. The Town of Walkerton.

GEORGE *v.* THE TOWN OF WALKERTON.

[No. 18,359. Filed May 24, 1898.]

From the St. Joseph Circuit Court. *Reversed.*

*Jacob D. Henderson, Stuart MacKibbin* and *Francis M. Jackson,* for appellant.
*Walter Funk* and *A. L. Brick,* for appellee.

MONKS, J.—The questions for determination in this case are the same as those decided in *Paul* v. *Town of Walkerton, ante,* 565. On the authority of that case, the judgment is reversed, with instructions to sustain appellant's motion for a new trial, and for further proceedings not inconsistent with this opinion.

Howard, J., took no part in the decision of this cause.

BALTIMORE, OHIO AND CHICAGO RAILWAY COMPANY ET AL. *v.* THE TOWN OF WALKERTON.

[No. 18,364. Filed May 24, 1898.]

From the St. Joseph Circuit Court. *Reversed.*

*J. H. Collins, J. E. Rose, J. H. Rose, J. D. Henderson* and *Stuart McKibbin,* for appellants.
*Walter Funk* and *A. L. Brick,* for appellee.

MONKS, J.—The questions for determination in this case are in all respects the same as those decided in the case of *Paul* v. *Town of Walkerton, ante,* 565. On the authority of that case, the judgment is reversed, with instructions to sustain appellants' motion for a new trial, and for further proceedings not inconsistent with this opinion.

Howard, J., took no part in the decision of this cause.